IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Wilson, Victor D | Case Number: 04 B 26948 |
| Wilson, Linda | Judge: Hollis, Pamela S |
| Printed: 11/25/08 | Filed: 7/21/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 15, 2008
Confirmed: December 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 39,574.90 | |
| Secured: | | 22,900.69 |
| Unsecured: | | 7,910.88 |
| Priority: | | 4,557.58 |
| Administrative: | | 2,100.00 |
| Trustee Fee: | | 2,101.89 |
| Other Funds: | | 3.86 |
| Totals: | 39,574.90 | 39,574.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,100.00 | 2,100.00 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Portfolio Recovery Associates | Secured | 5,812.63 | 5,812.63 |
| 4. | GMAC Mortgage Corporation | Secured | 17,088.06 | 17,088.06 |
| 5. | Internal Revenue Service | Priority | 4,557.58 | 4,557.58 |
| 6. | Americash Loans, LLC | Unsecured | 290.86 | 53.98 |
| 7. | AAA Checkmate LLC | Unsecured | 1,360.64 | 252.62 |
| 8. | Americash Loans, LLC | Unsecured | 1,038.20 | 192.76 |
| 9. | RoundUp Funding LLC | Unsecured | 14,774.67 | 2,743.22 |
| 10. | United States Dept Of Education | Unsecured | 13,346.45 | 2,478.04 |
| 11. | Great Lakes Credit Union | Unsecured | 1,069.10 | 198.50 |
| 12. | Sir Finance Corporation | Unsecured | 952.00 | 176.76 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 1,694.00 | 314.54 |
| 14. | Emergency Physicians | Unsecured | 110.00 | 16.76 |
| 15. | Internal Revenue Service | Unsecured | 1,710.51 | 317.58 |
| 16. | Americash Loans, LLC | Unsecured | 495.72 | 92.04 |
| 17. | Asset Acceptance | Unsecured | 2,590.78 | 481.03 |
| 18. | Portfolio Recovery Associates | Unsecured | 3,194.13 | 593.05 |
| 19. | Advocate Health Care | Unsecured | | No Claim Filed |
| 20. | Checks By Encore | Unsecured | | No Claim Filed |
| 21. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| | | | $ 72,185.33 | $ 37,469.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wilson, Victor D | Case Number: 04 B 26948 |
|---|---|---|
| | Wilson, Linda | Judge: Hollis, Pamela S |
| | Printed: 11/25/08 | Filed: 7/21/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 341.25 |
| 4% | 90.01 |
| 3% | 67.49 |
| 5.5% | 1,248.99 |
| 5% | 92.65 |
| 4.8% | 180.15 |
| 5.4% | 81.35 |
| | $ 2,101.89 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

